Submitted on record and appellant's brief October 8, reversed October 20, 1975

STATE OF OREGON, *Respondent, v.* JOHN WAYNE HEYWOOD (No. C-75-04-1253 Cr), *Appellant.*

541 P2d 144

Rita Radich, Portland, filed the brief for appellant.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Donald L. Paillette, Assistant Attorney General, Salem, appeared for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM.

Defendant was convicted of a violation of one of the provisions of ORS ch 481. On appeal the state confesses error, stating:

> "Trial court erred in denying defendant's Motion for Judgment of Acquittal because the statute under which the defendant was charged does not apply to persons who are not engaged in salvage operations."

Reversed.